Adam K. Bult, Esq., Nevada Bar No. 9332
abult@bhfs.com
Travis F. Chance, Esq., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Fax: (702) 382-8135

James Grant, Esq. (admitted *pro hac vice*)
jimgrant@dwt.com
Hugh McCullough, Esq. (admitted *pro hac vice*)
hughmccullough@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Amazon.com, Inc. and Amazon Fulfillment Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOPED LTD., LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM INC., *et al.*,<br><br>*Defendants*. | CASE NO.: 3:16-cv-00165-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Go Ped Ltd. and Defendants Amazon.com, Inc. and Amazon Fulfillment Services, Inc., hereby stipulate to the dismissal of all claims and causes of action that were or could have been brought in this case with prejudice and without an award of fees and costs to any party. Each party hereby waives and releases any right to seek reconsideration with respect to, and any right to appeal or seek relief from, any order or judgment entered in this case, including the order entered with respect to this Stipulation and the Court's order entered on February 12, 2018 under ECF No. 60.

///

16588838

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1  | **IT IS SO STIPULATED.**

2  | Respectfully submitted this 7th day of March, 2018.

3  | WILLIAM D. McCANN, ESQ.      BROWNSTEIN HYATT FARBER SCHRECK, LLP

4

5  | BY:   */s/ William D. McCann*      BY: */s/ Travis F. Chance*
William D. McCann, Esq., NV Bar No. 12038      Adam K. Bult, Esq., NV Bar No. 9332

6  | wdmccann@aol.com      abult@bhfs.com
2589 Wild Horse Road #6      Travis F. Chance, Esq., NV Bar No. 13800

7  | Minden, NV 89423      tchance@bhfs.com
Telephone: (925) 998-8099      100 North City Parkway, Suite 1600

8  | Las Vegas, Nevada 89106
*Attorney for GoPed Ltd., LLC*      Telephone: (702) 382-2101

9  | Fax: (702) 382-8135

10 | DAVIS WRIGHT TREMAINE LLP
James Grant, Esq. (admitted *pro hac vice*)

11 | jimgrant@dwt.com
Hugh McCullough, Esq. (admitted *pro hac vice*)

12 | hughmccullough@dwt.com
1201 Third Avenue, Suite 2200

13 | Seattle, Washington 98101
Telephone: 206-622-3150

14 

15 | *Attorneys for Amazon.com, Inc. and Amazon Fulfillment Services, Inc.*

16

17 | Based upon the foregoing stipulations of the parties, the Court hereby ORDERS:

18 |     1.     All remaining claims and causes of action that were or could have been brought in

19 | this case are hereby dismissed with prejudice and without an award of fees and costs to any party.

20 |     2.     Because this order resolves all claims and causes of action against all parties, the

21 | Clerk of the Court is directed to enter judgment accordingly and to close the case.

22 | **IT IS SO ORDERED.**

23

24 | Dated: March 7, 2018

    Honorable Miranda M. Du
    UNITED STATES DISTRICT JUDGE

25

26

27

28

16588838          2